THOMAS F. PITARO, ESQ.
Nevada Bar No. 1332
PITARO & FUMO
601 South Las Vegas Blvd.
Las Vegas, NV 89101
Phone: (702)382-9221
Fax: (702)474-4210
Email: thomaspitaro@yahoo.com

And

HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ., LTD.
1212 S. Casino Center Blvd.
Las Vegas, NV 89104
Phone: (702) 382-1714
Fax: (702) 382-1759
Email: harold@gewerterlaw.com
Attorneys for Defendants,
*Harold P. Gewerter, Esq. and*
*Harold P. Gewerter, Esq., Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD P. GEWERTER; HAROLD P. GEWERTER, ESQ., LTD.; and VINCENT HESSER,<br><br>Defendants. | CASE NO.: 2:17-cv-02057-JCM-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br>**(FIRST REQUEST)** |

IT IS STIPULATED between Plaintiff ALPS Property & Casualty Insurance Company and Defendants Harold P. Gewerter ("Gewerter") and Harold P. Gewerter, Esq., Ltd. (collectively "Gewerter Defendants"), by and through their respective counsel, and pursuant to LR 7-1, that the time for Gewerter Defendants to respond to Plaintiff's Motion for Summary Judgment is hereby extended by

one additional week, from April 13, 2018, to April 20, 2018.

IT IS FURTHER STIPULATED between the parties that this stipulated extension of time does not operate as any admission or waiver of any claim or defense by Plaintiff or Defendants.

DATED this 12th day of April, 2018          Dated this 12th day of April, 2018

*/s/: Harold P. Gewerter*                       */s/: Douglas R. Brown*
Harold P. Gewerter, Esq.                        Douglas R. Brown, Esq.
Nevada Bar No. 499                              Nevada Bar No. 7620
Harold P. Gewerter, Esq., Ltd.                  Lemons, Grundy & Eisenberg
1212 S. Casino Center Blvd.                     6005 Plumas Street, Third Floor
Las Vegas, Nevada 89104                         Reno, Nevada 89519
Phone: (702)382-1714                            Phone: (775)786-6868
Email: harold@gewerterlaw.com                   Email: drb@lge.net

And                                             And

Thomas F. Pitaro, Esq.                          Kevin D. Hartzell (pro hac vice)
Nevada Bar No. 1332                             Brooke H. McCarthy (pro hac vice)
Pitaro & Fumo                                   Kutak Rock, LLP
601 S. Las Vegas Blvd.                          1650 Farnam Street
Las Vegas, NV 89101                             Omaha, NE 68102-2186
Phone: (702) 382-9221                           Phone: (402)346-6000
Email: harold@gewerterlaw.com                   Email: kevin.hartzell@kutakrock.com
Attorneys for Defendants,                       Email: brooke.mccarthy@kutakrock.com
*Counsel for Gewerter Defendants*               *Counsel for Plaintiff ALPS Property &*
                                                *Casualty Insurance Company*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: \_\_April 18, 2018_____